# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

**DOUGLAS GLENN OREM,** :

    **Plaintiff** : **CIVIL ACTION NO. 3:15-0602**

**v.** : (Mannion, D.J.)
        (Schwab, M.J.)

**CAROLYN W. COLVIN,** :
**Acting Commissioner**
**of Social Security,** :

# O R D E R

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** the objections of the Commissioner, (Doc. 10), are **OVERRULED**;

**(2)** the report of Judge Schwab, (Doc. 9), is **ADOPTED**;

**(3)** the decision of the Commissioner is **VACATED**;

**(4)** the instant action is **REMANDED** to the Commissioner for further proceedings; and

**(5)** the Clerk of Court shall **MARK THIS CASE CLOSED**.

                      s/ *Malachy E. Mannion*
                      **MALACHY E. MANNION**
                      **United States District Judge**

**Date: October 31, 2016**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2015 MEMORANDA\15-0602-01-ORDER.wpd